IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:17CR-18-RLV-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| MICHAEL RAY GOINS, ) | |
| Defendant. ) | |

**BEFORE THE COURT** is a Motion to Suppress Evidence And Statements And to Dismiss The Indictment filed by Defendant (Doc. 13), and a Supplemental Motion To Suppress Evidence And Statements And To Dismiss The Indictment. (Doc. 17). The Government has filed a response. (Doc. 14). For reasons cited by this Court in the *Steven Chase*[1] matter, the Motion to Dismiss the Indictment based on outrageous Government conduct is hereby **DENIED**. **FURTHER**, for reasons cited by the Government the Court finds the Motion to Suppress Evidence and Statements is **DENIED**.

Signed: October 26, 2017

Richard L. Voorhees
United States District Judge

---

[1] *See United States v. Chase*, No. 5:15CR15-RLV-DCK-1 (Doc. 85)

1